UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00319-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ENRIQUE TAFOLLA-ZAVALA,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, August 29, 2008,** and responses to these motions shall be filed by **Monday, September 8 , 2008.** It is

FURTHER ORDERED that counsel will notify the Court if a hearing on all pending motions, if any, and final trial preparation conference is necessary. It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, September 15, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: August 15, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge