IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02737-WYD
Criminal Action No.  08-cr-00319-WYD-1

UNITED STATES OF AMERICA,

v.

ENRIQUE TAFOLLA-ZAVALA,

    Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before Monday, December 13, 2010, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated this 12th day of November, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE