IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00319-WYD
Civil Action No. 10-cv-02737-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ENRIQUE TAFOLLA-ZAVALA,

    Defendant.

_____

## JUDGMENT
_____

Pursuant to and in accordance with the Order Denying 28 U.S.C. § 2255 Motion entered by the Honorable Wiley Y. Daniel, the following Judgment is hereby entered:

It is ORDERED that the motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence, [ECF No. 36], is DENIED.

It is FURTHER ORDERED that the instant civil action is dismissed without prejudice.

Dated at Denver, Colorado this   30th   day of September, 2011.

                FOR THE COURT:

                GREGORY C. LANGHAM, CLERK

                By:  s/ Edward P. Butler
                    Edward P. Butler, Deputy Clerk